[No. 63312-1-I. Division One. July 19, 2010.]

YOUNG HI KO, *Individually and as Personal Representative*, ET AL., *Appellants*, v. SEAVIEW CHEVROLET ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-09467-7, George F.B. Appel, J., entered March 13, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Becker, J.

[No. 63332-5-I. Division One. July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER SNEKTKOV, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-11721-5, Harry J. McCarthy, J., entered April 2, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 63348-1-I. Division One. July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. COLIN MARK SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12067-4, Gregory P. Canova, J., entered April 13, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Cox and Spearman, JJ.

[No. 63498-4-I. Division One. July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDDIE LEVI HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00978-9, Michael J. Fox, J., entered April 17, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Lau, JJ.